# UNITED STATES DISTRICT COURT

for

## WESTERN DISTRICT OF TENNESSEE

FILED BY_____D.C.

05 JUN -1 AM 6: 37

CLERK, U.S. DIST. CT.
W. D. OF TN, MEMPHIS

U.S.A. vs. __Donna Griffin__        Docket No. __2:00CR20091-01__

### Petition on Probation and Supervised Release

**COMES NOW** _Michelle R. Sims_ **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of _Donna Griffin_ who was placed on supervision by the Honorable _Jon P. McCalla_ sitting in the Court at _Memphis, Tennessee_, on the _8th_ day of _March, 2001_, who fixed the period of supervision at _three (3) years*_, and imposed the general terms and conditions theretofore adopted by the Court and also imposed Special Conditions and terms as follows:

1. The defendant shall pay restitution in the amount of $ 7,633.03 (balance $6,153.03).

**\* Term of Supervised Release began on June 5, 2002.**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Donna Griffin has failed to pay restitution in full as ordered. She has maintained a full time job and has made monthly payments as directed. The defendant is currently making payments of Fifty Dollars ($50.00) per month and is a full time student; however, it does not appear that the defendant will be able to satisfy her outstanding balance by her scheduled expiration date. Mrs. Griffin signed a Payment Agreement indicating her willingness to cooperate with the Financial Litigation Unit.

**PRAYING THAT THE COURT WILL ORDER** that Ms. Griffin's term of Supervised Release be allowed to expire as scheduled on June 4, 2005, with the understanding that the United States Attorney's Office will be responsible for the continued collection of the restitution.

### ORDER OF COURT

Considered and ordered this _31_ day of _May_, 20_05_ and ordered filed and made a part of the records in the above case.

_[signature]_
United States District Judge

Respectfully,

_[signature] Michelle R. Sims_
Michelle R. Sims
United States Probation Officer

Place _Memphis, TN_

Date _May 26, 2005_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-16-05_

56

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 56 in case 2:00-CR-20091 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Julia Gibbons
US DISTRICT COURT